■ DANIEL H. NEUMIRE, SR., et al., Appellants-Respondents, v KRAFT FOODS, INC., Respondent and Third-Party Plaintiff-Respondent. R & L PERRY CONSTRUCTION, INC., Third-Party Defendant-Respondent-Appellant, et al., Third-Party Defendant. (Appeal No. 1.) [737 NYS2d 898] —Appeal and cross appeal from an order of Supreme Court, Steuben County (Bradstreet, J.), entered February 14, 2000, which after a jury trial ordered, inter alia, that plaintiff Daniel H. Neumire, Sr. recover from defendant $2,480,837 with interest.

It is hereby ordered that said appeal and cross appeal be and the same hereby are unanimously dismissed without costs (*see, Matter of Laborers Intl. Union of N. Am., Local 210, AFL-CIO v Shevlin-Manning, Inc.*, 147 AD2d 977). Present—Wisner, J.P., Hurlbutt, Kehoe and Burns, JJ.